UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 5  1 04 PM '04

HENDERSON

V.                                                                  3:03 CV 665 (MRK)

GREENWICH

## STATUS REPORT

### A.  Nature of the Case

1. Plaintiff, TERRENCE HENDERSON, on or about December 20, 2001 at approximately 6:20 p.m. on Greenwich Avenue, Greenwich, Connecticut was illegally stopped due to the ethnicity of his race in conformance with a custom policy or practice of the Defendant, THE GREENWICH POLICE DEPARTMENT, it's agents, servants or employees. Defendant, THE GREENWICH POLICE DEPARTMENT, it's agents, servants or employees, did not possess specific facts that a crime had been, was being or was about to be committed. THE GREENWICH POLICE DEPARTMENT, it's agents, servants or employees, unnecessary and oppressive behavior subjected Plaintiff, TERRENCE HENDERSON, to ten (10) months of unlawful prosecution based on a egregious 911 complaint which resulted in the case being dismissed due to police misconduct.

2. Motion for appointment of counsel was granted on June 13, 2003. There is a conflict of interest between some lawyers and the Town of Greenwich.

3. The court is having a difficult time finding appropriate representation for me regarding these serious issues presented to the court. This matter may have to be tried by the courts.

    **B.**    **Discovery**

1. N/A

    **C.**    **Dispositive Motions**

1. N/A

    **D.**    **Settlement**

1. N/A
2. N/A

    **E.**    **Trial Preparation**

1. N/A
2. N/A
3. N/A
4. N/A

Mr. Terrence Henderson, Pro Se
83 Woodmont Avenue
Bridgeport, CT 06606

Terrence Henderson, Pro Se
Date: 01/02/04