UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JAN 15  2 44 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------------------X
TERRENCE HENDERSON
                     Plaintiff,  :  **303CV665 (MRK)**

vs.

THE TOWN OF GREENWICH
POLICE DEPARTMENT
                     Defendant  :
------------------------------------------------------------X   JANUARY 14, 2004

## STATUS REPORT

Pursuant to the court's order, counsel for the named defendant hereby files this status report. Counsel for defendant contacted plaintiff concerning this report and left a message, but the telephone call was not returned until January 14, 2004. Plaintiff advised counsel that he has sent a status report to the court already. This was not sent to defendant's counsel. Defendant's counsel has requested a copy of the plaintiff's status report submitted.

    A.    **Nature of the Case**

           1.    Briefly describe the nature of this matter, the parties, the requested, and any relationship this case may have to other pending actions.

Upon information and belief, the plaintiff asserts causes of action against the defendant Town of Greenwich Police Department following an arrest after certain firearms were found in a motor vehicle occupied by the plaintiff. Subsequently, either the government declined to prosecute the charges or the charges were dismissed at some stage by the federal courts.

Plaintiff asserts a claim under 42 U.S.C. § 1983 arising out of an arrest on December 20, 2001.

    2.    List any pending motions.

Plaintiff filed a motion for Summary Judgment dated May 28, 2003.

    3.    Will this matter be tried to a jury or to the court? If it will be tried partially to each, explain.

Plaintiff requested a jury trial in his complaint.

### B. Discovery

    1.    Is discovery completed? If not, how much additional time is requested? Will there be a request for a modification of the Scheduling Order? What will be the request?

Discovery is not completed. Six months is requested for discovery for the following reasons:

- All proceedings in this action were stayed on June 6, 2003 for a period of 90 days pursuant to plaintiff's motion for appointment of counsel. Defendants are not aware of any appearance on file for plaintiff.

- Defendant will require production of all records relevant to the arrest.

- The defendant will be required to obtain a court order from the state court permitting access to all records relating to the arrest and prosecution including, but not limited to, transcripts, for purposes of this action.

### C. Dispositive Motions

    1.    Describe any dispositive motions that are anticipated.

Motions for Summary Judgment.

**D.** <u>Settlement</u>

1. When was the last settlement conference and who conducted it?

None.

2. Do the parties believe a settlement conference would be beneficial at this time?

Not at this time.

**E.** <u>Trial Preparation</u>

1. When will the case be ready for trial?

Defendant believes this case may be ready for trial by February 2005.

2. What additional preparation, other than that previously discussed, is required?

None.

3. Are there additional pleadings to be filed? If so, state their nature.

Motions for release of erased records and/or transcripts.

4. Has a joint trial memorandum been filed? If not, when is it due?

No. No date ordered.

DEFENDANT
TOWN OF GREENWICH POLICE
DEPARTMENT

By: _____
Valérie E. Maze, Their Attorney
Law Department
Town Hall, Juris No. 24945
101 Field Point Road
Greenwich, CT 06836-2540
Tel: (203) 622-7877
Fax: (203) 622-3816

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to all pro se parties of record on this 14th day of January, 2004.

Mr. Terrence Henderson, Pro Se
83 Woodmont Avenue
Bridgeport, CT 06606

_____
Valerie Maze