UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRENCE HENDERSON,    :    Case No. **303CV665 (MRK)**

VS.    :

THE TOWN OF GREENWICH    :    February 9, 2004
POLICE DEPARTMENT

## MOTION FOR SUMMARY JUDGMENT
## "LOCAL RULE 56(a)1 STATEMENT"

1.  Plaintiff, TERRENCE HENDERSON is a citizen of The United States who presently resides at 83 Woodmont Avenue, Bridgeport, Connecticut.

2.  Defendant THE TOWN OF GREENWICH POLICE DEPARTMENT, a government agency located at 11 Bruce Place, Greenwich, Connecticut.

**FACT I:**

1.  On or about December 20, 2001, at approximately 6:20 p.m. I was illegally stopped on Greenwich Avenue, in the town of Greenwich, State of Connecticut by the Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT, it's agents, servants or employees.

    (Page 4, Line 4 -7)

    **DEFENDANT:** A. My name is Gary Honulik. My business address is 11 BrucePlace, Greenwich, Connecticut. And I'm a police lieutenant with the GREENWICH POLICE DEPARTMENT.

    (Page 5, Line 5-12)

    **DEFENDANT:** A. I am the Shift Commander of a particular shift and my tour of duty. I have a rotating shift and I have a particular squad that I work with. I am in charge of depending on the shift capacity of the day, two or three sergeants, and approximately 15 to 20 patrol officers that go out and

patrol. I am in charge of everything that takes place during the course of that shift.

(Page 5, Line 13-16)

**ATTORNEY:** Q. Now, on December 20th of the year 2001, were you employed in the same capacity, Shift Lieutenant in the Greenwich Police Department and the Shift Commander?

**DEFENDANT:** A. Yes sir.

(Page 21, Line 24-25 and Page 22, Line 1)

**ATTORNEY:** Q. When you say "we," that's the Greenwich Police Department?;

A. Yes, yes. Defendant identifies himself as the Greenwich Police Department. Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

(Page 25, Line 7-10):

**THE DEFENDANT:** A. Let me make it clear: They were detained at that time. From the time that we stopped them until the time that the Polaroid was being taken, these gentlemen were detained. They were detained for investigative detention).

(Page 62, Line 1-6)

**THE COURT:** I'm very bothered, I'm very bothered by this. I agree with you the officers were gentlemen. They were not overbearing, they were not intimidating Mr. Henderson in anyway. They properly went about the police work in every, in every way that they could have, except they did it after an illegal stop. That's my concern.

Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

2.  I arbitrarily became a suspect of the Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT because of my race.

(Page 58, Line 17-22)

**THE COURT:** "That is a crime. Someone has called up and said, there is a crime going on. What we've got here is someone calling up and saying I don't like the look of the car or the people in the car, and really, is there anything beyond that? Is there any thing beyond I don't like the car and the look of the people in the car?" Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

3.   A citizen's bias suspicion was accepted without any independent evaluation by the Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT.

(Page 61, Line 13-19, Page 63, Line 9-12)

**THE COURT:** "This was a full stop, block the car, lights on. Three or four police vehicles with their lights flashing, five, six, seven, eight officers there at any one time. This is a major, a major investigation that's triggered by someone, a citizen with no history of reporting tips successfully who says I'm concerned that they are acting suspicious." Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1". Also, please see documentation called Police Department, Green, Connecticut Narrative Incident Report, dated December 21, 2001 annexed hereto as Exhibit "2".

4.   Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT failed to corroborate any violation of the law.

(Page 59, Line 3-11)

**THE COURT:** "And you might be in a different situation if the police car arrives and the car is still there and the police officer can corroborate, yes, there they are. There's two men, they are looking suspiciously over their shoulder, they are definitely looking at that store, maybe you've got a different case. But what we've got here is the car is moved and there is nothing that the officer can observe that is gong to corroborate anything other than I got the right car." Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

5.   I was significantly intruded upon by detaining me, requiring me to present my personal effects, conducting a warrant/criminal background check and requiring me to exit my automobile so that the Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT, it's agents, servants or employees for some discriminative and inexplicable reason could photograph and search me without just cause which violated the 14th amendment, equal protection clause, due process of law.

(Page 11, Line 11-19)

**DEFENDANT:** "Well, typically when we receive a report of suspicious activity, most all the time we will run a criminal history check, get some positive identification from an individual to see if they are wanted; it's called an NCIC check, see if they are wanted, and then we will continue

>with something called a Triple I check, and that's a criminal history background, to see if they have been previously arrested for any sort of crime or any convictions."

(Page 25, Line 7-10)

>**DEFENDANT:** Let me make it clear: They were detained at that time. From the time that we stopped them until the time that the polaroid was taken, these gentlemen were detained. They were detained for investigative detention.

(Page 62, Line 1-6)

>**THE COURT:** I'm very bothered, I'm very bothered by this. I agree with you the officers were gentlemen. They were not overbearing, they were not intimidating Mr. Henderson in anyway. They properly went about the police work in every, in every way that they could have, except they did it after an illegal stop. That's my concern." Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

**FACT II:** Plaintiff repeats and alleges all allegations contained in paragraphs 1 through 5 above.

6. I was subjected to being searched, seized and photographed without just cause by the Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT, it's agents, servants or employees which violated the 4th amendment, unreasonable search and seizure.

>(Page 21, Line 14-23)
>
>**THE DEFENDANT:** "At that time we did go through the vehicle and we did check the trunk more thoroughly, yes. At that point we have the motor vehicle exception to search warrant requirement in effect when we have an arrest and we have the belief that there may be weapons and/or contraband in that vehicle. Above and beyond that we also have the vehicle inventoried. That has to be conducted also pursuant to the vehicle. Any time you tow a vehicle we have a policy in effect where a vehicle inventory is conducted and we go through everything in the vehicle."
>
>(Page 25, Line 7-10)
>
>**THE DEFENDANT:** Let me make it clear: They were detained at that time. From the time that we stopped them until the time that the polaroid was being taken, these gentlemen were detained. The were detained for investigative detention." Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

**FACT III:** Plaintiff repeats and alleges all allegations contained in paragraphs 1 though 6 above.

7. The Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT, it's agents, servants or employees illegally stopped, arrested, imprisoned, prosecuted and set bail in the sum of $100,000.00 without just cause.

(Page 54, Line 2-11)

**THE COURT:** "So I'm afraid that, my fear is that unfortunately there are too many stops, I don't know about whether in Greenwich but in other parts of the state and the district where persons are pulled over and detained based on information such as this and we don't see a tenth of them, we don't see a tenth of them because there is no evidence that's been found. In order to make sure that that does not happen, I think suppression is appropriate, simply because there was not sufficient basis to detain these individuals."

(Page 62, Line 1-6)

**THE COURT:** "I'm very bothered, I'm very bothered by this. I agree with you the officers were gentlemen. They wee not overbearing, they were not intimidating Mr. Henderson in any way. They property went about the police work in every, in every way that they could have, except they did it after an illegal stop. That's my concern." Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

**FACT IV:** Plaintiff repeats and alleges all allegations contained in paragraphs 1 through 7 above.

8. The Defendant, THE TOWN OF GREENWICH POLICE DEPARTMENT, it's agents, servants or employees caused me great pain and suffering by subjecting me to ten (10) months of prosecution without just cause which is malicious prosecution.

(Page 62, Line 1-6)

**THE COURT:** "I'm very bothered, I'm very bothered by this. I agree with you the officers were gentlemen. They were not overbearing, they were not intimidating Mr. Henderson in anyway. They properly went about the police work in every, in every way that they could have, except they did it after an illegal stop. That's my concern."

(Page 67, Line 15-25)

**THE COURT:** "Obviously I don't want to have Mr. Henderson detained if there is no good reason to do it, and I recognize the impact of this ruling on the potential prosecution here. It's not clear to me that release on bond is necessarily where we ought to go but obviously it's something we have to take up very quickly. I don't want Mr. Henderson spending time in detention if he's not going to be subject of prosecution here or if there isn't some other charge pending by way of detainer or otherwise that suggests that he ought to be kept detained. Please see the Court Transcript dated September 9, 2002 annexed hereto as Exhibit "1".

## REQUEST FOR RELIEF
**I request the following relief:**

1) Monetary relief in the sum of $20,000,000.00 for compensation; and
2) Monetary relief in the sum of $20,000,000.00 for punitive damages along with any and such further relief deemed by the court to be just and proper.

Respectfully yours,

*Terence Henderson  Feb 9, 2004*
TERENCE HENDERSON, Pro Se
83 Woodmont Avenue
Bridgeport, Connecticut
(203) 416-9188

6

## MEMORANDUM OF LAW

### Municipal Liability Based on an Unconstitutional Custom

Section 1983 provides that any person who, under color of any ... custom or usage, of any State of Territory ... subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. 42 U.S.C. 1983. In defining the parameters of the terms "custom" and "usage," the Court has instructed that:

> "Congress included customs and usages [in 1983} because of the persistent and widespread discriminatory practices of state officials... Although not authorized by written law, such practices of state officials could well be so permanent and well settled as to constitute 'custom or usage' with the force of the law." Bordanaro v. McLeod 871 F.2d 1151 (1st Cir. 1989).

The fact that all the officers from the Greenwich Police Department acted in concert during the illegal stop, setting of bail, and 10 months of prosecution without probable cause provides enough proof that the policy making officials of the municipality can be said to have actual knowledge of it. The officers were therefore operating under a shared set of rules and customs. My constitutional deprivations occurred as a direct consequence of The Town of Greenwich's unconstitutional municipal custom. The custom was the moving force behind and the cause of the violation in this case. Therefore, I request judgement be granted as a matter of law.

8