UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Feb 12  2:27 PM '04

----------------------------------------X
TERRENCE HENDERSON          :   CIVIL ACTION NO:
                Plaintiff,  :   303CV665 (MRK)
                            :
vs.                         :
                            :
                            :
THE TOWN OF GREENWICH       :
POLICE DEPARTMENT           :
                Defendant   :
----------------------------------------X   February 11, 2004

## MOTION FOR DISCLOSURE OF ERASED CRIMINAL RECORDS

The named defendant "Town of Greenwich Police Department" hereby moves, pursuant to §54-142a(f) of the Connecticut General Statutes, for an order of disclosure as to all police and court records and records of the clerk of the court and any person charged with retention and control of records having information concerning the arrest of the plaintiff Terrence Henderson on or about December 20, 2001 and subsequent prosecution of the plaintiff Terrence Henderson. Said arrest is the subject of the captioned lawsuit brought. Upon information and belief, said records have been erased.

Section 54-142(a) permits the court or a judge to order disclosure of such records to a defendant in an action for false arrest arising out of the proceedings so erased.

WHEREFORE the Town of Greenwich, in connection with the defense of the referenced case, requests that the Court order disclosure to the Law Department for the Town of Greenwich of the following records: All police

records and court records and records of the clerk of any court, and all records in the possession of the United States' Attorney's office and any person charged with retention and control of records having information concerning the arrest on or about December 20, 2001 of Terrence Henderson and subsequent prosecution.

**THE DEFENDANT**

By: /s/

Valerie E. Maze
Federal Bar No. CT 14080
Greenwich Town Attorney's Office
Town Hall, P.O. Box 2540
Greenwich, CT  06836-2540
Tel.  (203) 622-7877
Fax. (203) 622-3816

## ORDER

The foregoing motion, having been heard, is hereby ordered

GRANTED // DENIED

The following erased records shall be disclosed to the Town of Greenwich Law Department:

All police records, court records, records of the clerk of any court, all records in the possession of the United States' Attorney's office, and all records of any person charged with retention and control of records having information concerning the arrest on or about December 20, 2001 of Terrence Henderson and subsequent prosecution.

BY THE UNITED STATES DISTRICT COURT

(_____ J.)

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

Mr. Terrence Henderson, Pro Se
83 Woodmont Avenue
Bridgeport, CT 06606

_____
Valerie E. Maze