UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

FEB 12  2 37 PM '04

------------------------------------------------------X
TERRENCE HENDERSON                    :     CIVIL ACTION NO:
                Plaintiff,            :     303CV665 (MRK)
                                      :
vs.                                   :
                                      :
THE TOWN OF GREENWICH                 :
POLICE DEPARTMENT                     :
                Defendant             :
------------------------------------------------------X     February 11, 2004

## OBJECTION TO MOTION FOR SUMMARY JUDGMENT

The named defendant "Town of Greenwich Police Department" hereby objects to the plaintiff's motion for summary judgment dated February 9, 2004 for the following reasons:

1. No scheduling order has yet been issued. Plaintiff's Status Report appears not to have been filed within the time ordered by the Court. (Defendant did not receive any earlier Status Report filed by plaintiff.)

2. According to plaintiff's Status Report received by defendant's counsel on February 10, 2004, it appears that the plaintiff is still seeking appointment of counsel by the Court. If plaintiff still seeks appointment of counsel and is not proceeding *pro se*, plaintiff's motion for summary judgment is premature for that reason as well.

3. Defendants have filed a motion for disclosure of erased records. These records are needed for the defense of this case.

WHEREFORE defendant requests that the court deny the plaintiff's motion for summary judgment without prejudice and allow for a reasonable period of discovery for defendant in the defense of this case; or permit defendant an initial 120 days in which to file opposition to the motion for summary judgment.

                          THE DEFENDANT

By: _____
Valerie E. Maze
Federal Bar No. CT 14080
Greenwich Town Attorney's Office
Town Hall, P.O. Box 2540
Greenwich, CT  06836-2540
Tel. (203) 622-7877
Fax. (203) 622-3816

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

Mr. Terrence Henderson, Pro Se
83 Woodmont Avenue
Bridgeport, CT 06606

_____
Valerie E. Maze