# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** June 22, 2004          **TO:** Intake Clerk

**FROM:** Frank DePino 203-773-2146

**FILED**
Jun 30   3 03 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Terence Henderson v Town of Greenwich Police Department

**DOCKET NO.:** 3:03cv665

**NOTICE OF APPEAL:** filed: June 8, 2004

**APPEAL FROM:**
final judgment: __
interlocutory: __
other: __

**DOCKET SHEET:**
Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**   Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:**   CJA ____    Retained ____    Pro Se ✓

**TIME STATUS:**   Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:**    Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley a. Naden_    DATE: 06/24/04
DEPUTY CLERK, USCA

USCA No. _____.