Case 3:03-cv-00665-MRK   Document 22   Filed 08/02/2004   Page 1 of 3

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT New Haven Ct

Terence Henderson
V.
Town of Greenwich Police Department

DOCKET NO: 3:03cv665 (MRK)
USCA NO.

### INDEX TO THE RECORD ON APPEAL

Case 3:03-cv-00665-MRK   Document 22   Filed 08/02/2004   Page 1 of 3

| | | |
|---|---|---|
| 04/14/2003 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 10/14/03 ; Dispositive Motions due 11/13/03 Amended Pleadings due 06/14/03 Motions to Dismiss due 07/14/03 (Conte, C.) (Entered: 04/15/2003) |
| 04/14/2003 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # B005985 (Conte, C.) (Entered: 04/15/2003) |
| 04/17/2003 | 2 | SUMMONS Returned Executed on 4/16/03 as to Town of Greenwich (Basile, F.) (Entered: 04/22/2003) |
| 05/05/2003 | 3 | MOTION by Town of Greenwich to Dismiss (Brief Due 5/26/03 ) (Basile, F.) (Entered: 05/05/2003) |
| 05/05/2003 | 4 | MEMORANDUM by Town of Greenwich in support of [3-1] motion to Dismiss (Basile, F.) (Entered: 05/05/2003) |
| 05/05/2003 | 5 | APPEARANCE of Attorney for Town of Greenwich -- Valerie E. Maze (Basile, F.) (Entered: 05/05/2003) |
| 05/16/2003 | 6 | MEMORANDUM by Terrence Henderson in opposition to [3-1] motion to Dismiss by Town of Greenwich (Basile, F.) (Entered: 05/16/2003) |
| 05/21/2003 | | ENDORSEMENT denying [3-1] motion to Dismiss ( signed by Judge Dominic J. Squatrito ) (Basile, F.) (Entered: 05/21/2003) |
| 05/27/2003 | 7 | MOTION by Town of Greenwich for Order exempting parties from requirements of Rule 26(a) & (f) (Brief Due 6/17/03 ) (Basile, F.) (Entered: 05/27/2003) |
| 05/29/2003 | 8 | MOTION by Terrence Henderson for Summary Judgment (Brief Due 6/19/03 ) (Basile, F.) (Entered: 05/29/2003) |
| 05/30/2003 | | ENDORSEMENT denying [7-1] motion for Order exempting parties from requirements of Rule 26(a) & (f) ( signed by Judge Dominic J. Squatrito ) (Basile, F.) (Entered: 06/02/2003) |
| 06/04/2003 | | ENDORSEMENT denying [8-1] motion for Summary Judgment ( signed by Judge Dominic J. Squatrito ) (Grady, B.) (Entered: 06/05/2003) |
| 06/09/2003 | 9 | MOTION by Terrence Henderson for Appointment of Counsel (Gothers, M.) (Entered: 06/09/2003) |
| 06/10/2003 | 10 | REPORT of Parties Planning Meeting (Basile, F.) (Entered: |

| | | |
|---|---|---|
| | | 06/10/2003) |
| 06/13/2003 | | ENDORSEMENT granting [9-1] motion for Appointment of Counsel added; Deadlines stayed for 90 days ( signed by Judge Dominic J. Squatrito ) (Basile, F.) (Entered: 06/16/2003) |
| 09/04/2003 | 11 | ORDER of Transfer ( signed by Clerk ) to Judge Mark R. Kravitz (Inferrera, L.) (Entered: 09/05/2003) |
| 12/17/2003 | | Set Deadlines/Hearings: Status Report due by 1/7/2004. (Depino, F.) (Entered: 12/18/2003) |
| 12/18/2003 | 12 | ORDER re Status Report. Signed by Judge Mark R. Kravitz on 12/17/03. (Depino, F.) (Entered: 12/18/2003) |
| 01/05/2004 | 13 | STATUS REPORT by Terrence Henderson. (Depino, F.) (Entered: 01/06/2004) |
| 01/15/2004 | 14 | STATUS REPORT by Terrence Henderson. (Malone, P.) (Entered: 01/16/2004) |
| 02/10/2004 | 15 | MOTION for Summary Judgment by Terrence Henderson. Responses due by 3/2/2004 (Depino, F.) (Entered: 02/10/2004) |
| 02/10/2004 | 16 | STATUS REPORT by Terrence Henderson. (Depino, F.) (Entered: 02/10/2004) |
| 02/12/2004 | 17 | MOTION for Disclosure of Erased Criminal Records by Town of Greenwich Police Dept. (Brown, S.) (Entered: 02/17/2004) |
| 02/12/2004 | 18 | RESPONSE re 15 MOTION for Summary Judgment filed by Town of Greenwich Police Dept. (Brown, S.) (Entered: 02/17/2004) |
| 05/26/2004 | 19 | ORDER denying 15 Motion for Summary Judgment, granting 17 Motion for Disclosure . Signed by Judge Mark R. Kravitz on 5/26/04. (Depino, F.) (Entered: 05/26/2004) |
| 06/08/2004 | 20 | NOTICE OF APPEAL as to 19 Order on Motion for Summary Judgment, Order on Motion for Disclosure by Terrence Henderson. Filing fee $ 255, receipt number B008300.Certified copy of docket and copy of NOA mailed to USCA. (Depino, F.) (Entered: 06/22/2004) |
| 06/08/2004 | | ***Party usca added. (Depino, F.) (Entered: 06/22/2004) |