UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2005 JAN -5 P 2: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

TERRENCE HENDERSON

v.   CIVIL NO: 3:03CV665 (MRK)

TOWN OF GREENWICH POLICE
DEPARTMENT

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Raymond J. Rigat, Esquire of Gilbride & Rigat, 23 E. Main Street, Clinton, Connecticut 06413, Tel: (860) 669-3273</u> is appointed as counsel for the plaintiff, <u>Terrence Henderson</u>, in the above-captioned case. Counsel is directed to file a <u>pro bono</u> appearance in this case as soon as possible.

Dated at Bridgeport, Connecticut this 4th day of January, 2005.

KEVIN F. ROWE, Clerk
By

_____

Cynthia Earle,
Staff Attorney