# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PRO BONO APPEARANCE**

Terrence Henderson

V

CASE NUMBER: 3:03CV665(MRK)

Town of Greenwich Police Dept.

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for: Terrence Henderson

*[FILED stamp: 2005 JAN 12 12:08, U.S. DISTRICT COURT, BRIDGEPORT, CONN]*

---

1-11-2005
Date

ct13320
Connecticut Federal Bar Number

860-669-3273
Telephone Number

Signature

Raymond J. Rigat
Print or Type Name

Gilbride & Rigat
Firm Name

23 East Main St
Address

Clinton, CT   06413
City         State   Zip Code

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Attorney Valerie Maze
Town of Greenwich
101 Field Point Rd.
P.O. Box 2540
Greenwich, CT   06836-2540

Signature  Raymond J. Rigat

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)