**MANDATE**

D. Conn.
03-CV-665
Kravitz, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 8th day of October, two thousand and four,

Present:

   Hon. Thomas J. Meskill,
   Hon. Joseph M. McLaughlin,
   Hon. Barrington D. Parker, Jr.,
      *Circuit Judges.*

---

Terrence Henderson,

   Plaintiff-Appellant,

   v.                                                04-3543-cv

Town of Greenwich Police Department,

   Defendant-Appellee.

---

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. See Coopers & Lybrand v. Livesay, 437 U.S. 463, 467 (1978); United States v. Cambio Exacto, 166 F.3d 522, 529 (2d Cir. 1999) (order that denies summary judgment cannot be the basis for an appeal because it is nonfinal). Therefore, it is ORDERED that the appeal is DISMISSED.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

OCT -8 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
   DEPUTY CLERK

Mandate issued: 4/20/05

*Filed stamp: OCT 8 2004, United States Court of Appeals, Second Circuit*
*Filed stamp: 2005 APR 28 P 3:12, District Court, New Haven, CT*

D. Conn.
03-CV-665
Kravitz, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 8th day of October, two thousand and four,

Present:
    Hon. Thomas J. Meskill,
    Hon. Joseph M. McLaughlin,
    Hon. Barrington D. Parker, Jr.,
        *Circuit Judges.*

Terrence Henderson,

        Plaintiff-Appellant,

v.                                    04-3543-cv

Town of Greenwich Police Department,

        Defendant-Appellee.

[Stamp: UNITED STATES COURT OF APPEALS FILED OCT 8 2004 SECOND CIRCUIT]

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. See Coopers & Lybrand v. Livesay, 437 U.S. 463, 467 (1978); United States v. Cambio Exacto, 166 F.3d 522, 529 (2d Cir. 1999) (order that denies summary judgment cannot be the basis for an appeal because it is nonfinal). Therefore, it is ORDERED that the appeal is DISMISSED.

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

OCT -8 2004

    By: *[signature]* Lucille Carr

SOA JG

THE MANDATE, CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED)
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER

RECEIVED BY:_____ DATE:____