UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERRENCE HENDERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 3:03CV00665-MRK |
| TOWN OF GREENWICH, ET AL., | : | |
| | : | |
| | : | |
| Defendants. | : | APRIL 20, 2005 |

MOTION FOR APPROVAL OF LITIGATION EXPENSES
PURSUANT TO LOCAL RULE 83.10(g)5.

The Plaintiff, pursuant to Local Rule 83.10(g)5., respectfully requests the Court to allow litigation expenses for purposes of conducting depositions of the following individuals:

1. Those Greenwich Police Officers who arrested the Plaintiff on or about December 20, 2001;
2. Those Greenwich Police Officers and Supervisors responsible for training Greenwich Police Officers on racial profiling and the arrest of suspects;
3. Those Greenwich Police Officers and Supervisors responsible for the formulation of Department Policies regarding the arrest of suspects.

The above named individuals are named defendants in this case, and it is eesential to take their depositions at this time in order to respond to any dispositve motions which the defendants may file in this matter, and to be properly prepared for trial on the merits of the plaintiffs claims.

The undersigned believes that it should not take longer than one full day to depose all of the above individuals, and is willing to have such depositions taken at the courthouse in Bridgeport to save money and as a convenience to the above named

individuals and to the parties.

        RESPECTFULLY SUBMITTED,
        THE PLAINTIFF


        By:_____
        Raymond J. Rigat, Esq.
        Gilbride & Rigat
        23 East Main Street
        Clinton, Connecticut  06413
        Tel.: (860) 669-3273
        Fax: (860) 669-3495
        e-mail: raymondjrigat@sbcglobal.net
        Federal Bar No.:  ct13320


## **CERTIFICATION**

   I hereby certify that a copy of the forgoing "Motion for Approval of Litigation Expenses" was sent, regular U.S. mail, on this 20th day of March, 2005, to the following:

Attorney Valerie Maze
Town Hall, Law Department
101 Field Point Road
P.O. Box 2540
Greenwich, CT  06836-2540


        _____
        Raymond J. Rigat, Esq.