UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRENCE HENDERSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:03cv665 (MRK) |
| | : |
| THE TOWN OF GREENWICH POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

## ORDER

Plaintiff's Motion For Approval Of Litigation Expenses Pursuant To Local Rule 83.10(g)(5) is GRANTED under Rule 83.10(g)(5).

IT IS SO ORDERED.

/s/   Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 11, 2005.