FILED

2005 JUL 26 A 10: 13

U.S. ... COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERRENCE HENDERSON, | : | Case No. 3:03CV665 (MRK) |
| VS. | : | |
| THE TOWN OF GREENWICH POLICE DEPARTMENT | : | JULY 25, 2005 |

## MOTION TO DISMISS PRO BONO COUNSEL

The named Plaintiff TERRENCE HENDERSON moves to dismiss Court appointed Pro Bono Counsel, Raymond . Rigat, Esquire of Gilbride & Rigat, 23 E. Main Street, Clinton, Connecticut 06413, Tel: (860) 669-3273 who was appointed January 4th, 2005 as counsel in the above-captioned case.

The Plaintiff TERRENCE HENDERSON was granted appointment of counsel on June 13, 2003 by order of Judge Squatrito but counsel was not appointed until January 4, 2005. The Plaintiff is not interested in appointment of counsel and wishes to proceed with this matter Pro Se.

Mr. Terrence Henderson, Pro Se
5360 Broadway
Apt. 7C
Bronx, New York 10463

_____
Terrence Henderson, Pro Se

Date: 7/28/05

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

| | |
|---|---|
| Valerie E. Maze, Esq.<br>Town of Greenwich<br>101 Field Point Rd.<br>P.O. Box 2540<br>Greenwich, CT 06836-2540 | Raymond . Rigat, Esq.<br>Gilbride & Rigat<br>23 East Main Street<br>Clinton, CT 06413 |

_____
Terrence Henderson