UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRENCE HENDERSON         :      Case No.: 3:03CV665(MRK)
      Plaintiff                   :
                                 :
      VS.                        :
                                 :
THE TOWN OF GREENWICH        :
POLICE DEPARTMENT            :      July 27, 2005
      Defendant

<u>MOTION TO WITHDRAW APPEARANCE</u>

The undersigned respectfully requests that his appearance be withdrawn as the client has filed a motion to proceed pro se.

The last known address for the client is 5360 Broadway, Apt. 7C Bronx, New York 10463.

Attached to this motion is the notice from our client of his wish to proceed pro se which states the following:

" that the Plaintiff TERRENCE HENDERSON was granted appointment of counsel on June 13, 2003 by order of Judge Squatrino but counsel was not appointed until January 4, 2005. The Plaintiff is not interested in appointment of counsel and wishes to proceed with this matter Pro Se."

Wherefore, the undersigned respectfully requests that he be allowed to withdraw as counsel.

Respectfully Submitted,


BY:_____/S/_____

RAYMOND J. RIGAT
GILBRIDE & RIGAT
JURIS NO. 403047
23 EAST MAIN STREET
CLINTON, CT  06413
Telephone (860) 669-3273
Fax (860) 669-3495
Email: Raymondjrigat@sbcglobal.net

CERTIFICATION

This is to certify that on this  27th  day of July, 2005, a copy of the foregoing
Motion to Withdraw Appearance was mailed, postage prepaid, certified, return receipt
requested:


Mr. Terrence Henderson
5360 Broadway, Apt 7C
Bronx, NY  10463

Valerie Maze, Esquire
Town of Greenwich
101 Field Point Rd.
P.O. Box 2540
Greenwich, CT  06836-2540

_____/S/_____
Raymond J. Rigat, Esquire