UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
TERRENCE HENDERSON              :    CIVIL ACTION NO:
                Plaintiff,   :    **303CV665 (MRK)**
                             :
vs.                             :
                             :
                             :
THE TOWN OF GREENWICH            :
POLICE DEPARTMENT                :
               Defendant  :
---------------------------------------------------------------X    AUGUST 11, 2005

## ANSWER AND AFFIRMATIVE DEFENSES

Without conceding jurisdiction, the named defendant Town of Greenwich Police Department ("the Defendant") hereby responds to the complaint in the above-entitled matter as follows:

### A.  PARTIES

1.  The Defendant has insufficient knowledge as to the plaintiff's citizenship or residence and therefore denies the allegations of paragraph 1.

2.  The Defendant admits it is a government agency and located at 11 Bruce Place, Greenwich, Connecticut.

3.  The Defendant denies it illegally stopped, arrested, imprisoned, prosecuted the plaintiff or set bail without just cause.

### B. JURISDICTION

1.   The Defendant admits jurisdiction is asserted pursuant to 42 U.S.C. § 1983. The defendant denies jurisdiction exists as to the Defendant.

    2.    The Defendant admits jurisdiction is invoked pursuant to 28 U.S.C . § 1343 (a) (3).  The Defendant denies jurisdiction exists as to the Defendant.

## C. NATURE OF THE CASE

The Defendant denies the plaintiff's allegations.

## D. FIRST CAUSE OF ACTION

**Claim I:**

    1.    The Defendant denies that the Plaintiff was illegally stopped.  The Defendant admits the plaintiff was arrested, stopped on the date and time alleged and at the place alleged by officers of the Greenwich Police Department.

    2.    Denied.

    3.    Denied.

    4.    Denied.

    5.    The Defendant admits that the plaintiff was detained, presented personal effects, and that a warrant/criminal background check was conducted.  The remaining allegations contained in paragraph 5 are denied.

## SECOND CAUSE OF ACTION

**Claim II:**    1-6.  The Defendant's responses to all allegations contained in paragraphs 1-6 above are hereby realleged to be the Defendant's responses to paragraph 1-6 of Claim II.

    7.    Denied.

## THIRD CAUSE OF ACTION

**Claim III:** 1-7.  The Defendant's responses to all allegations contained in paragraphs 1-7 above are hereby realleged to be the Defendant's responses to paragraph 1-7 of Claim III.

8. Denied.

## FOURTH CAUSE OF ACTION

**Claim IV:** 1-8.  The Defendant's responses to all allegations contained in paragraphs 1-8 above are hereby realleged to be the Defendant's responses to paragraph 1-8 of Claim IV

9. Denied.

### First Affirmative Defense

The court lacks jurisdiction as to the purported defendant Greenwich Police Department.

### Second Affirmative Defense

The complaint fails to state a cause of action upon which relief may be granted.

### Third Affirmative Defense

The complaint fails to state a cause of action for punitive damages upon which relief may be granted.

THE DEFENDANT

By: _____
Valerie E. Maze
Federal Bar No. CT 14080
Greenwich Town Attorney's Office
Town Hall, P.O. Box 2540
Greenwich, CT  06836-2540
Tel.  (203) 622-7877

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

Raymond J. Rigat, Esquire
Gilbride & Rigat
Attorneys at Law
23 East Main Street
Clinton, CT 06413

_____
Valerie E. Maze