# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TERRENCE HENDERSON,                    :
                                                                           :
         Plaintiff,                   :
                                                                           :
v.                                                             :          Civil No. 3:03cv665 (MRK)
                                                                           :
THE TOWN OF GREENWICH             :
POLICE DEPARTMENT,                        :
                                                                           :
        Defendant.                   :

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_    All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_    A ruling on all pretrial motions except dispositive motions

\_\_\_    To supervise discovery and resolve discovery disputes

\_\_\_    A ruling on the following motions which are currently pending: Doc. #[\_\_]
_____

  X      A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_    A conference to discuss the following:
_____

\_\_\_\_    Other:
_____

SO ORDERED this 12th day of August, 2005 at New Haven, Connecticut.


                  /s/ _____Mark R. Kravitz_____
                   United States District Judge