UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERRENCE HENDERSON | : | |
| | : | |
| PLAINTIFF, | : | CIVIL NO. 3:03 CV-00665-MRK |
| | : | |
| v. | : | |
| | : | |
| THE TOWN OF GREENWICH | : | |
| POLICE DEPARTMENT | : | |
| | : | |
| DEFENDANT. | : | September 8, 2005 |

## FORM 26(f) REPORT OF PARTIES' PLANNING MEETING

**LIST OF ALL PARTIES:**

1.  Raymond J. Rigat, Esq.
    For the Plaintiff
    Gilbride & Rigat
    23 East Main Street
    Clinton, CT 06413
    Tel:  860-669-3273
    Fax:  860-669-3495
    e-mail: raymondjrigat@sbcglobal.net
    Federal Bar No. ct13320

2.  Valerie E. Maze, Esq.
    Federal Bar No. CT 14080
    For the Defendant
    Town of Greenwich Police
    Department
    Greenwich Town Attorney's Office
    Town Hall, P.O. Box 2540
    Greenwich, CT  06836-2540
    Tel.  (203) 622-7877
    Fax. (203) 622-3816
    Vmaze@greenwichct.org

**DATE OF COMPLAINT FILED:**

April 14, 2003

**DATE COMPLAINT SERVED:**

Summons returned executed on April 16, 2003.

**DATE OF DEFENDANT'S APPEARANCE:**

May 5, 2003.

Pursuant to Fed.Rul.Civ.P. 16(b), 26(f) and local rule 26(e) the undersigned counsel for the

parties conferred on August 22, 2005. The participants were Raymond J. Rigat, Esq. for the

plaintiff and Valerie E. Maze, Esq. for the defendant.

**I. CERTIFICATION:** Undersigned counsel certify that they have discussed the

nature and basis of the parties' claims and defenses and any possibilities for achieving

a prompt settlement or other resolution of the case and have developed the following

proposed case management plan. Counsel further certify that they have forwarded a

copy of this report to their clients.

**II. JURISDICTION:**

  A. *Subject Matter Jurisdiction:* The case against the defendant presents a federal question. The plaintiff brings this case against the defendant pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3). Defendant disputes subject matter jurisdiction as to named defendant. See motion to dismiss on file.

  *Personal Jurisdiction:* Is contested

**III. BRIEF DESCRIPTION OF CASE:**

  A. *Claims of Plaintiff:* The plaintiff was wrongly arrested, on or about December 20, 2001, by the police who unlawfully engaged in racial profiling.

  B. *Defenses and Claims:* The defendant denies all material claims of the plaintiff and has raised affirmative defenses including but not limited to lack of jurisdiction, failure to state a claim upon which relief may be granted. .

**IV. STATEMENT OF UNDISPUTED FACTS:** Counsel certify that they have made a

good faith attempt to determine whether there are any material facts that are not in

dispute. The parties state that the following material facts are undisputed: The plaintiff

was arrested by the police on or about December 20, 2001 by agents of the Greenwich Police

Department.

**V.  CASE MANAGEMENT PLAN:**

    A. ***Standing Order on Scheduling in Civil Cases.***  The parties at this time request a modification of deadlines in the Standing Order on Scheduling in Civil Cases as follows:  Amendment of the Pleadings; Motions to Dismiss; Formal Discovery; and Motions for Summary Judgment.

    B. ***Scheduling Conference with the Court.***  The parties request a pretrial conference with the court before entry of a scheduling order pursuant to Fed.R.Civ.P. 16 (b).  The parties prefer a conference in person or by telephone.

    C. ***Early Settlement Conference.***

        1.  The parties certify that they have considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice.  Settlement is unlikely at this time.

        2.  The parties do not request an early settlement conference.

        3.  The parties prefer a settlement conference with a magistrate judge.

        4.  The parties do not request a referral for alternative dispute resolution pursuant to D.Conn.L.Civ.R 36.

    D. ***Joinder of Parties and Amendment of Pleadings.***

        1.  Plaintiff seeks until December 8, 2005 to file motions to join additional parties and until January 8, 2006 file motions to amend the pleadings.  Defendant objects to joinder of additional parties and any substantive proposed amendments of the pleadings.

        2.  Defendant does not anticipate filing any motion to join additional parties.  Defendant should have 30 days after an amended complaint is filed to file a response to the amended complaint, if amended.

    E. ***Discovery.***

        1.  The parties anticipate that discovery will be needed on the following subjects:

        all the plaintiffs claims, all the affirmative allegations of the defense, prior history of the parties, and damages.

2. All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26 (b) (4), will be commenced immediately and completed by February 28, 2006.

3. Discovery will not be conducted in phases.

4. The parties anticipate that the plaintiff will require a total of five depositions of fact witnesses and that the defendant will require a total of ten depositions of fact witnesses. The depositions will commence immediately and be completed by February 28, 2006.

5. The parties may request permission to serve more than twenty-five (25) interrogatories.

6. The plaintiff intends to call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. (a)(2) by a date no later than November 1, 2005, and depositions for such experts will be completed by a date not later than the discovery cutoff date.

7. Defendant intends to call expert witnesses at trial. Defendant will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a) (2) by a date no later than December 15, 2005. Depositions for such experts will be completed by a date not later than the discovery cutoff date.

8. A damages analysis will be provided by any party who has a claim or counterclaim for damages by November 1, 2005.

**F.** *Dispositive Motions.*  Dispositive motions will be filed on or before April 1, 2006.

**G.** *Joint Trial Memorandum.*  The joint trial memorandum required by the standing Order on Trial Memoranda in Civil Cases will be filed by May 1, 2006 or thirty days after this court rules on any summary judgment motion filed by the defendants, whichever is later.

**VI. TRIAL READINESS.**  The case will be ready for trial by June 1, 2006 or thirty days after the joint trial memorandum is filed, whichever is later.

As officers of the court, undersigned counsel agree to cooperate with each other and the court to promote the just ,speedy, and inexpensive determination of this action.

Plaintiff

BY:_____          Date:_____
    Raymond J. Rigat, Esq.
    Gilbride & Rigat
    23 East Main Street
    Clinton, CT 06413
    Tel:  860-669-3273
    Fax:  860-669-3495
    e-mail: raymondjrigat@sbcglobal.net
    Federal Bar No. ct 13320

Defendant

BY:_____          Date:_____
    Valerie E. Maze, Esq.
    Town Hall, Law Department
    Town Hall, P.O. Box 2540
    Greenwich, CT  06836-2540
    Tel.  (203) 622-7877
    Fax. (203) 622-3816
    Vmaze@greenwichct.org