UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
TERRENCE HENDERSON                  :   CIVIL ACTION NO:
                Plaintiff,     :   **303CV665 (DJS)**
                                  :
vs.                                 :
                                  :
THE TOWN OF GREENWICH               :
POLICE DEPARTMENT                   :
                Defendant       :
---------------------------------------------------------------X   September 9, 2005

## **MOTION TO DISMISS**

The defendant Town of Greenwich Police Department hereby renews its motion to dismiss the above-entitled action. This action was filed on April 16, 2003. On or about May 2, 2003 the named defendant moved to dismiss the case. The Court denied the motion without prejudice, indicating that plaintiff may serve the complaint at any time within 120 days allotted for service and may amend his complaint to name a proper party as a matter of right at any time prior to the filing of an answer. Order dated 5/21/03, Dominic J. Squatrito, USDJ. No attempted amendment was made and the named defendant has filed an answer. Wherefore, the defendant renews its motion to dismiss dated May 2, 2003 because it appears upon the face of the complaint that the (i) complaint fails to state a claim upon which relief may be granted and (ii) the court lacks *in personam* jurisdiction over the named defendant. A copy of the defendant's memorandum of law filed in support of its motion dated May 2, 2003 is filed herewith.

Respectfully submitted,

        DEFENDANT
        TOWN OF GREENWICH POLICE
        DEPARTMENT

By: _____
    Valerie E. Maze
    Federal Bar No. CT 14080
    Greenwich Town Attorney's Office
    Town Hall, P.O. Box 2540
    Greenwich, CT  06836-2540
    Tel.  (203) 622-7877
    Fax. (203) 622-3816
    Vmaze@greenwichct.org

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

Raymond J. Rigat Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Mr. Terrence Henderson, Pro Se
83 Woodmont Avenue
Bridgeport, CT 06606

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Valerie E. Maze