UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------X
TERRENCE HENDERRSON              :      CIVIL ACTION NO:
     Plaintiff,                  :      303CV665 (DJS)
                                 :
vs.                              :
                                 :
THE TOWN OF GREENWICH             :
POLICE DEPARTMENT                :
     Defendant                   :
-------------------------------------------------------X    September 23, 2005
```

## OBJECTON TO MOTION TO DISMISS

The plaintiff, formerly acting pro se, filed a lawsuit naming the Town of Greenwich Police Department as defendant. The defendant has filed an answer to the complaint on August 5, 2005. The defendant has again filed a Motion to Dismiss, (dated September 9, 2005), on the grounds that the police department as a sub unit of the municipality cannot itself be sued. The defendant has acknowledged that the Town of Greenwich was served with process in this action.

The plaintiff is simultaneously filing an amendment to the complaint deleting "Police Department" from the named defendant. There is now no basis to dismiss the complaint. Therefore, the plaintiff objects to the defendant's Motion to Dismiss.

```
                         RESPECTFULLY SUBMITTED
                         TERRENCE HENDERSON


                         BY:_____/S/_____
                         Raymond J. Rigat, Esq.
                         His Attorney
                         Gilbride & Rigat
                         23 East Main Street
```

                            Clinton, Connecticut 06413
                            Tel.: (860) 669-3273
                            Fax: (860) 669-3495
                            R. J. R. Federal Bar No.: ct 13320
                            e-mail: raymondjrigat@sbcglobal.net

## CERTIFICATION

      This is to certify that a copy of the foregoing Objection to Motion to Dismiss has been mailed on September 23, 2005, to the following:

Attorney Valerie E. Maze
Greenwich Town Attorney's Office
Town Hall, P.O. Box 2540
Greenwich, CT  06836-2540; AND

Mr. Terrence Henderson
Apartment 7C
5360 Broadway
Bronx, New York  10463

                                        _____/S/_____
                                        Raymond J. Rigat, Esq.