UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------X
TERRENCE HENDERRSON              :     CIVIL ACTION NO:
     Plaintiff,                  :     303CV665 (DJS)
                                 :
vs.                              :
                                 :
THE TOWN OF GREENWICH            :
POLICE DEPARTMENT                :
     Defendant                   :
-------------------------------------------------------X     September 23, 2005
```

## AMENDMENT TO THE COMPLAINT

The plaintiff amends the Complaint as Follows:

Delete "Police Department" from "Town of Greenwich Police Department" throughout the complaint and summons wherein the term "Town of Greenwich Police Department" is designating the named defendant in the action.

RESPECTFULLY SUBMITTED
TERRENCE HENDERSON


BY:_____/S/_____
Raymond J. Rigat, Esq.
His Attorney
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
R. J. R. Federal Bar No.: ct 13320
e-mail: raymondjrigat@sbcglobal.net

CERTIFICATION

       This is to certify that a copy of the foregoing Amendment to the Complaint has been mailed on September 23, 2005, to the following:

Attorney Valerie E. Maze
Greenwich Town Attorney's Office
Town Hall, P.O. Box 2540
Greenwich, CT  06836-2540; AND

Mr. Terrence Henderson
Apartment 7C
5360 Broadway
Bronx, New York  10463

                                                              _____/S/_____
                                                                Raymond J. Rigat, Esq.