UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------X
TERRENCE HENDERSON                  :    CIVIL ACTION NO:
                    Plaintiff,      :    303CV665 (MRK)
                                    :
vs.                                 :
                                    :
THE TOWN OF GREENWICH               :
POLICE DEPARTMENT                   :
                    Defendant       :
                                    :    October 4, 2005
-----------------------------------------------------------X
```

### DEFENDANT TOWN OF GREENWICH'S MOTION FOR PERMISSION AS TO APPEARANCE AT SETTLEMENT CONFERENCE

The above-referenced action has been referred for a settlement conference on October 13, 2005. The defendant hereby moves for permission to participate in the settlement conference as follows:

1. Counsel for the defendant Town will be present who has authority to make recommendations as to settlement to the appropriate Town bodies.

2. A representative from the Greenwich Police Department will be present who will be familiar with the events and records in the case. In addition, the First Selectman of the Town, who is also the Police Commissioner, will be available by telephone.

The Town's ultimate authority to settle cases is vested in the Representative Town Meeting ("RTM") for the Town of Greenwich which body acts on recommendations made by the Claims Committee for the RTM, the Budget Committee for the RTM, and the Board of Estimate and Taxation of the Town after initial approval may be provided by the Board of Selectmen for the Town upon recommendation of the

Town Attorney. Town counsel cannot secure actual physical attendance of any of these municipal agencies at the settlement conference. The appearance of the persons referenced, however, will allow for meaningful participation by the Town in the settlement conference.

Based on the foregoing, the Town requests authorization to participate in the settlement conference with said foregoing persons present and available.

THE DEFENDANT

By: _____
Valerie E. Maze
Assistant Town Attorney
Federal Bar No. CT 14080
Law Department, Town Hall,
101 Field Point Road
Greenwich, CT 06836-2540
Tel:  (203)622-7876
Fax:  (203)622-3816

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing has been served on the above captioned date by mailing a copy of the same to:

Raymond J. Rigat Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Mr. Terrence Henderson, Pro Se
83 Woodmont Avenue
Bridgeport, CT 06606

_/s/ Valerie E. Maze_
Valerie E. Maze