UNITED STATES DISTRIC COURT
DISTRICT OF CONNECTICUT

**TERRENCE HENDERSON**

Plaintiff(s),

Case No.: 303CV665 ~~BJS~~ (MRK)

**THE TOWN OF GREENWICH**

Defendant(s)                                October 24, 2005

## AMENDED CIVIL RIGHTS COMPLAINT

### A. Parties

1. Plaintiff, TERRENCE HENDERSON is a citizen of The United States who presently resides at 83 Woodmont Avenue, Bridgeport, Connecticut.

2. Defendant, THE TOWN OF GREENWICH, a government agency located at 11 Bruce Place, Greenwich, Connecticut.

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___No. If your answer is "Yes", briefly explain: <u>Plaintiff was illegally stopped, arrested, imprisoned, prosecuted and bail was set in the sum of $100,000 without just cause.</u>

### B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   X 42 U.S.C. §1983 (applies to state prisoners)

***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***.

403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to federal prisoners)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. §1343 (a)(3).

### C. NATURE OF THE CASE

Plaintiff, TERRENCE HENDERSON, on or about December 20, 2001 at approximately 6:20 p.m. on Greenwich Avenue, Greenwich, Connecticut was unjustly singled out due to the ethnicity of his race in conformance with a custom policy or practice of the Defendant, THE TOWN OF GREENWICH, it's agents, servants or employees. DEFENDANT, THE TOWN OF GREENWICH, it's agents, servants or employees, did not possess specific facts that a crime had been, was being, or was about to be committed. THE TOWN OF GREENWICH, it's agents, servants or employees, unnecessary and oppressive behaviour subjected the Plaintiff, TERRANCE HENDERSON, to ten(10) months of unlawful prosecution based on an egregious 911 complaint which resulted in the case being dismissed due to police misconduct.

### D. AS AND FOR A FIRST CAUSE OF ACTION

The plaintiff alleges that the following of his constitutional rights, privileges, or immunites have been violation and that the following facts form the basis of the plaintiff's allegations: (if more space is needed to explain any allegation or to list

additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I:

1. On or about December 20, 2001, at approximately 6:20 p.m. the plaintiff was illegally stopped on Greenwich Avenue, in the town of Greenwich, State of Connecticut by the Defendant, THE TOWN OF GREENWICH, it's agents, servants or employees.
2. The plaintiff became a suspect of the Defendant, THE TOWN OF GREENWICH because of the plaintiff's race.
3. A citizen's bias suspicion was accepted without any independent evaluation by the defendant, THE TOWN OF GREENWICH.
4. Defendant, THE TOWN OF GREENWICH failed to corroborate any violation of the law.
5. The plaintiff was significantly intruded upon by detaining the plaintiff requiring the plaintiff to present his personal effects, conducting a warrant/criminal background check and requiring the plaintiff to exit his automobile so that the defendant THE TOWN OF GREENWICH, its agents, servants or employees for some discriminative and inexplicable reason could photograph and search the plaintiff without just cause which violated the 14th amendment, equal protection clause, due process of law.

## AS AND FOR A SECOND CAUSE OF ACTION

**Claim II**: Plaintiff repeats and alleges all allegations contained in paragraphs 1 through 6 above.

6. The plaintiff was subjected to being searched, seized and photographed without just cause by the defendant THE TOWN OF GREENWICH, its agents, servants or employees which violated the 4th amendment, unreasonable search and seizure.

## AS AND FOR A THIRD CAUSE OF ACTION

**Claim III**: Plaintffs repeats and alleges all allegations contained in paragraphs 1 through 7 above.

7. The defendant, THE TOWN OF GREENWICH, it's agents, servants or employees illegally stopped, arrested, imprisoned, prosecuted and set bail in the sum of $100,000.00 without just cause.

## AS AND FOR A FOURTH CAUSE OF ACTION

**Claim IV**: Plaintiff repeats and alleges all allegations contained in paragraphs 1 through 8 above.

8. The defendant, THE TOWN OF GREENWICH, it's agents, servants, or employees caused me great pain and suffering by subjecting me to ten (10) months of prosecution without just cause which is malicious prosecution.

### E. REQUEST FOR RELIEF

The Plaintiff requests the following relief:

a. Monetary relief in the sum of $20,000,000.00 for compensation;

b. Monetary relief in the sum of $20,000,000.00 for punitive damages along with any and such further relief deemed by the court to be just and proper.

### F. Jury Demand

The Plaintiff demands trial by Jury.



RESPECTFULLY SUBMITTED
TERRENCE HENDERSON
THE PLAINTIFF

BY:_____
Raymond J. Rigat, Esq.
His Attorney
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495

Federal Bar Number: ct 13320
e-mail: raymondjrigat@sbcglobal.net

## CERTIFICATION

A copy of the forgoing Amended Complaint has been sent Regular U.S. Mail, on October 24, 2005, to the following:

Mr. Terrence Henderson
5360 Broadway, Apartment 7C
Bronx, New York 10463;

Attorney Valerie Maze
Town Hall, Law Dept.
101 Field Point Road
P.O. Box 2540
Greenwich, CT 06836-2540

Raymond J. Rigat, Esq.