UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERRENCE HENDERSON | : | Case No.: 3:03CV665(MRK) |
| | : | |
| *Plaintiff* | : | |
| | : | |
| VS. | : | |
| | : | |
| THE TOWN OF GREENWICH | : | |
| | : | November 3, 2005 |
| *Defendant.* | : | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests that his appearance be withdrawn as the client has filed a motion to proceed *pro se*.

The last known address for the client is 5360 Broadway, Apt. 7C Bronx, New York 10463.

Attached to this motion is the notice from our client of his wish to proceed *pro se* which states the following:

"The Plaintiff TERRENCE HENDERSON was granted appointment of counsel on June 13, 2003 by order of Judge Squatrino but counsel was not appointed until January 4, 2005. The Plaintiff is not interested in appointment of counsel and wishes to proceed with this matter Pro Se."

Wherefore, the undersigned respectfully requests that he be allowed to withdraw as counsel.

       Respectfully Submitted,

       /S/ Raymond J. Rigat
BY:_____
       RAYMOND J. RIGAT
       GILBRIDE & RIGAT
       JURIS NO. 403047
       23 EAST MAIN STREET
       CLINTON, CT  06413
       Telephone (860) 669-3273
       Fax (860) 669-3495
       Email: Raymondjrigat@sbcglobal.net

**CERTIFICATION**

This is to certify that on this 3rd day of November, 2005, a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, certified, return receipt Requested to the client, and Regular U.S. Mail to the client; and Regular U.S. Mail to opposing counsel:

Mr. Terrence Henderson
5360 Broadway, Apt 7C
Bronx, NY  10463

Valerie Maze, Esquire
Town of Greenwich
101 Field Point Rd.
P.O. Box 2540
Greenwich, CT  06836-2540

/S/ Raymond J. Rigat
_____
Raymond J. Rigat, Esquire