# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 303CV665(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

FILED 2005 NOV 10 P 1:06 U.S. DISTRICT COURT

Date: 10/8/05

Signature: [signed]

Print Clearly or Type Name: Terence Henderson

Connecticut Federal Bar Number: 

Telephone Number: (646) 423-1450

Address: 5360 Broadway #7C
Bronx, NY 10463

Fax Number:

E-mail address:

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Valerie E. Maze Esq
Town of Greenwich
101 Field Point RD
P.O. Box 2540
Greenwich, CT 06836

Signature: [signed] Terence Henderson

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24