FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2005 NOV 10 P 1: 06

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| TERRENCE HENDERSON, | : | Case No.  3:03CV665 (MRK) |
| VS. | : | |
| THE TOWN OF GREENWICH | : | NOVEMBER 8, 2005 |

## MOTION TO DISMISS PRO BONO COUNSEL

The named Plaintiff TERRENCE HENDERSON moves to dismiss Court appointed Pro

Bono Counsel, Raymond . Rigat, Esquire of Gilbride & Rigat, 23 E. Main Street, Clinton,

Connecticut 06413, Tel: (860) 669-3273 who was appointed January 4th, 2005 as counsel in the

above-captioned case.

The Plaintiff TERRENCE HENDERSON was granted appointment of counsel on June

13, 2003 by order of Judge Squatrito but counsel was not appointed until January 4, 2005. The

Plaintiff is not interested in appointment of counsel and wishes to proceed with this matter Pro

Se.

Mr. Terrence Henderson, Pro Se
5360 Broadway
Apt. 7C
Bronx, New York 10463
1(646)423-1450

_Terrence Henderson_
Terrence Henderson, Pro Se

Date: 10/8/05

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the above-captioned date

to all counsel and pro se parties of record:

Valerie E. Maze, Esq.
Town of Greenwich
101 Field Point Rd.
P.O. Box 2540
Greenwich, CT 06836-2540

Raymond . Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, CT 06413

Terrence Henderson
5360 BROADWAY #7C
BRONX NY 10463