UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRENCE HENDERSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:03cv665 (MRK) |
| | : |
| THE TOWN OF GREENWICH | : |
| POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

**ORDER**

Before the Court is Plaintiff Terrence Henderson's motion for a Writ of Mandamus [doc. #49], in which he requests that judgment be granted for him as a matter of law and that damages be assessed and awarded by a jury. It appears to the Court that Mr. Henderson wishes to move for summary judgment on the question of Defendant's liability. If so, Mr. Henderson must comply with the requirements of Federal Rule of Civil Procedure 56, as well as with Local Rule of Civil Procedure 56. Under Federal Rule 56, the Court may grant summary judgment for a party only if "there is no genuine issue as to any material fact and . . . the moving party is entitled to a judgment as a matter of law." Local Rule 56 requires the party seeking summary judgment to file with the Court a Rule 56(a)1 Statement, "which sets forth in separately numbered paragraphs a concise statement of each material fact as to which the moving party contends there is no genuine issue to be tried."

Furthermore, Local Rule 56 also requires that:

Each statement of material fact by a movant in a Local Rule 56(a)1 Statement . . . must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial. The affidavits, deposition testimony, responses to discovery requests, or other documents containing such evidence shall be filed and served with the Local Rule

> 56(a)1 . . . Statement[] . . . . [F]ailure to provide specific citations to evidence in the record as required by this Local Rule may result in sanctions, including, when the movant fails to comply, an order denying the motion for summary judgment . . . .

Mr. Henderson has not attached a Rule 56(a)1 Statement to his motion or provided any of the other materials that Local Rule 56 requires.

If Mr. Henderson wishes to pursue his motion, he must file papers complying with Federal Rule 56 and Local Rule 56 – including a properly supported Rule 56(a)1 Statement – **by March 14, 2006**. Failure to file the appropriate papers may result in the denial of his motion.

IT IS SO ORDERED,

/s/   Mark R. Kravitz
Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut, on February 21, 2006.**