UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------X
TERRENCE HENDERSON                          :    CIVIL ACTION NO:
              Plaintiff,                    :    303CV665 (MRK)
                                            :
vs.                                         :
                                            :
                                            :
THE TOWN OF GREENWICH                       :
              Defendant                     :
-------------------------------------------------------------X    February 22, 2006
```

## MOTION FOR PERMISSION TO FILE DEFENDANT'S STATUS REPORT

The court's scheduling order calls for the filing of a joint status report on February 23, 2006. The scheduling order dated September 27, 2005 was entered at a time when plaintiff was represented by counsel. More recently, the court has allowed plaintiff's counsel to withdraw from the case. The defendant Town of Greenwich moves for permission to file the attached status report. A copy of a status report for the plaintiff to file was sent at his last known address with a letter. (Copy attached.)

                THE DEFENDANT

                By:_____
                  Valerie Maze Keeney
                  Assistant Town Attorney
                  Federal Bar No. ct 14080
                  Law Department, Town Hall
                  101 Field Point Road
                  Greenwich, CT  06836-2540
                  Tel:  (203) 622-7876
                  Fax: (203) 622-3816

2

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been served on the above captioned date by mailing a copy of the same to:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

_____
Valerie Maze Keeney