UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERRENCE HENDERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv665 (MRK) |
| | : | |
| THE TOWN OF GREENWICH POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Motion For Permission To File Defendant's Status Report [56], dated February 22, 2006, is GRANTED. Defendant is directed to file its status report no later than March 6, 2006. The telephonic status conference scheduled for March 2, 2006, is CANCELED.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: February 27, 2006.