UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------X
TERRENCE HENDERSON                  :    CIVIL ACTION NO:
                Plaintiff,          :    303CV665 (MRK)
                                    :
vs.                                 :
                                    :
                                    :
THE TOWN OF GREENWICH               :
                                    :
                Defendant           :
-------------------------------------------------------------X    February 28, 2006
```

## DEFENDANT'S STATUS REPORT

A.   STATUS OF THE CASE

A settlement conference was held on October 13, 2005 before United States Magistrate Judge William Garfinkel. No settlement was reached. Subsequent thereto, counsel for the plaintiff was permitted to withdraw his appearance from this case. The plaintiff filed a writ of mandamus with the Second Circuit Court of Appeals. Based on information and belief, the defendant believes the case has been referred back by the Second Circuit Court of Appeals to this court without further proceedings. Defendant is not aware of any circumstances potentially interfering with the parties' compliance with the scheduling order. Defendant intends to file a potentially dispositive motion within the time required.

(b) INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;

A settlement conference was already convened on October 13, 2005 before United States Magistrate Judge William Garfinkel. No settlement was reached.

(c) WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

Defendant does not consent to a trial before a magistrate judge.

(d) THE ESTIMATED LENGTH OF TRIAL

Defendant believes that, except for jury selection, the trial will be a one to three days.

THE DEFENDANT
TOWN OF GREENWICH

_____
Valerie Maze Keeney
Federal Bar No. CT 14080
Town Hall, P.O. Box 2540
Greenwich, CT  06836-2540
Tel.  (203) 622-7877
Fax. (203) 622-3816
Vmaze@greenwichct.org

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been served on the above captioned date mailing a copy of the same to:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

                                                Valerie Maze Keeney