D. Conn. (New Haven)
03-cv-665
Kravitz, J.

**MANDATE**

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 2nd day of March, two thousand and six,

Present:

    Hon. John M. Walker, Jr.,
        *Chief Judge*,
    Hon. Richard J. Cardamone,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*



In re Terrence Henderson,
        Petitioner.

No. 05-6097-op

Petitioner, *pro se*, has filed a petition for a writ of mandamus. Upon due consideration, it is ORDERED that the petition is DENIED because petitioner has not established that he is clearly entitled to the relief he requests or that he will not have an adequate means to seek the relief he desires through a decision by the district court after discovery is completed or direct appeal at the conclusion of the district court proceedings. *See Mallard v. U.S. Dist. Court*, 490 U.S. 296, 309 (1989) (finding that, in order to be eligible for mandamus relief, a petitioner must demonstrate that his "right to issuance of the writ is 'clear and indisputable'" and that he lacks an alternative remedy).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Sheri Belmeau*
    DEPUTY CLERK

MAR - 2 2006

SAO/ JG

Issued as Mandate: 3/7/06