**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------------------------------X
TERRENCE HENDERSON              :    CIVIL ACTION NO:
            Plaintiff,          :    303CV665 (MRK)
                                :
vs.                             :
                                :
                                :
THE TOWN OF GREENWICH           :
            Defendant           :
-----------------------------------------------------------------X   March 31, 2006
```

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, Town of Greenwich, in accordance with Federal Rule of Civil Procedure 56(b) and Local Rule of Civil Procedure 56, hereby respectfully moves for summary judgment because there exists no genuine issue of material fact in dispute and the defendant is entitled to judgment as a matter of law.

In support of this Motion for Summary Judgment, the defendant attaches a Local Rule 56(a)(1) Statement, a Memorandum of Law, affidavits and other evidence.

                          THE DEFENDANT
                          TOWN OF GREENWICH

                        By: _____
                            Valerie Maze Keeney, Its Attorney
                            Fed. Bar No. CT14080
                            Town of Greenwich Law Dept.
                            Town Hall, P.O. Box 2540
                            Greenwich, CT 06836-2540
                            Tele:(203) 622-7876
                            Fax:(203)622-3816
                            vmaze@greenwichct.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 29, 2006, a true copy of the foregoing Motion for Summary Judgment was mailed via first class, postage prepaid, mail to:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

_____
Valerie Maze Keeney