## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------------------------------X
TERRENCE HENDERSON               :    CIVIL ACTION NO:
            Plaintiff,           :    303CV665 (MRK)
                                 :
vs.                              :
                                 :
                                 :
THE TOWN OF GREENWICH             :
            Defendant            :
-------------------------------------------------------X    March  31, 2006
```

### DEFENDANT'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT

The defendant, Town of Greenwich, in accordance with Federal Rule of Civil Procedure 56(b) and Local Rule of Civil Procedure 56, hereby respectfully objects to plaintiff's motion for summary judgment.  The defendant attaches a Local Rule 56(a)(2) Statement and affidavit and a Memorandum of  Law in support of its objection.

        THE DEFENDANT
        TOWN OF GREENWICH


By:_____
    Valerie Maze Keeney, Its Attorney
    Fed. Bar No. CT14080
    Town of Greenwich Law Dept.
    Town Hall, P.O. Box 2540
    Greenwich, CT 06836-2540
    Tele:(203) 622-7876
    Fax:(203)622-3816
    vmaze@greenwichct.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, a true copy of the foregoing Motion for Summary Judgment was mailed via first class, postage prepaid, mail to:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

_____
Valerie Maze Keeney