UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------X
TERRENCE HENDERSON                    :    CIVIL ACTION NO:
              Plaintiff,              :    303CV665 (MRK)
                                      :
vs.                                   :
                                      :
                                      :
THE TOWN OF GREENWICH                 :
              Defendant               :
-----------------------------------------------------------X    MARCH 31, 2006
```

## DEFENDANT'S LOCAL 56(A)(2) STATEMENT

The defendant Town of Greenwich ("the Defendant") hereby responds to the plaintiff's Local Rule 56(a)(1) Statement filed March 16, 2006 as follows:

1. The Defendant has insufficient knowledge as to the plaintiff's citizenship or residence.

2. The Defendant admits it, the Town of Greenwich, is a government agency. The remaining allegations of paragraph 2 are denied because the defendant Town of Greenwich Police Department is no longer a party defendant. The Defendant admits it is located in Greenwich, Connecticut.

[1]. The Defendant admits the plaintiff was stopped at said place and time but denies that the plaintiff was illegally stopped.

Affidavit of Officer Michael Macchia, ¶ 5

[2] Denied.

Affidavit of Officer Michael Macchia, ¶ 6

3.   Denied.

Affidavit of Officer Michael Macchia, ¶ 8

4.   Denied.

Affidavit of Officer Michael Macchia, ¶ 8

5.   The Defendant admits that the plaintiff was detained, and that after his arrest, presented personal effects, and that a warrant/criminal background check was conducted. The remaining allegations contained in paragraph 5 are denied.

Affidavit of Officer Michael Macchia, ¶ 9

6.   Denied.

Affidavit of Officer Michael Macchia, ¶¶ 10, 11

7.   Denied.

Affidavit of Officer Michael Macchia, ¶ 12

8.   Denied.

Affidavit of Officer Michael Macchia ¶¶ 13

**Disputed Issues of Material Fact**

There is a genuine dispute as to whether, on December 20, 2001, Terrence Henderson was unjustly singled out due to the ethnicity of his race based on a policy, custom, or practice of the defendant attributable to a municipal policymaker. Affidavit of Officer Michael Macchia ¶ 7.

In addition, there is a genuine dispute as to the facts alleged in the plaintiff's Amended Complaint and Local 56(a)(1) Statement. For the reasons stated in the defendant's objection to plaintiff's motion for summary judgment, however, none of those alleged facts are material in this case.

3

                    THE DEFENDANT
                    TOWN OF GREENWICH

By: _____
     Valerie Maze Keeney
     Federal Bar No. CT 14080
     Greenwich Town Attorney's Office
     Town Hall, P.O. Box 2540
     Greenwich, CT  06836-2540
     Tel.  (203) 622-7877
     Fax. (203) 622-3816
     vmaze@greenwichct.org

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

                                                                                                     Valerie Maze Keeney