UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
TERRENCE HENDERSON                : CIVIL ACTION NO:
        Plaintiff,                : **303CV665 (MRK)**
                                  :
vs.                               :
                                  :
                                  :
THE TOWN OF GREENWICH             :
        Defendant                 :
---------------------------------------------------------------X   March 31, 2006

## **Affidavit**

1. My name is Michael Macchia and I am a Greenwich police officer, Greenwich Police Department, Greenwich, CT.

2. I am over the age of eighteen years and I believe in the obligations of an oath.

3. I was involved in an investigatory investigation concerning Terrence Henderson on December 20, 2001.

4. On December 20, 2001, I was not a policy maker of the Greenwich Police Department nor a policy maker of the Town of Greenwich.

5. On or about December 20, 2001, Terrence Henderson was stopped in the course of an investigatory detention but I did not believe he was illegally stopped.

6. On or about December 20, 2001, Terrence Henderson did not become a suspect arbitrarily because of his race.

7. On December 20, 2001, Terrence Henderson was not unjustly singled out due the ethnicity of his race.

8. On December 20, 2001, I did not believe a citizen's biased suspicion was accepted without any independent evaluation or corroboration. My belief was that a report of suspicious activity from the individual who reported it, staring for an extended period of time at a jewelry store, was credible.

9. On December 20, 2001, I believed Henderson was not significantly intruded upon by detaining him. Henderson was not required to present his personal effects before his arrest. Henderson was only required to present his license and registration before the arrest. Henderson was not required to exit his automobile. Henderson was not photographed for some discriminative and inexplicable reason.

10. On December 20, 2001, based on my understanding and belief, Henderson was not searched without just cause or in violation of the law.

11. On December 20, 2001, based on my understanding and belief, Henderson was not seized and photographed arrested without just cause or in violation of the law.

12. Based on my understanding and belief no Greenwich Police officer illegally stopped, arrested, imprisoned, prosecuted, or set bail in the sum of $100,000 without just cause.

13. Based on my understanding and belief, no Greenwich Police officer subjected Henderson to ten months of prosecution without just cause, maliciously or otherwise.

I have personal knowledge of the matters set forth herein, and to the best of my current knowledge, information and belief, the foregoing is a true and accurate statement.

                                                Michael Macchia
                                                Police Officer
                                                Greenwich Police Department

Sworn and subscribed to me this ___day of March, 2006.


_____
Notary Public
Commissioner of the Superior Court