UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------X
TERRENCE HENDERSON                  :    CIVIL ACTION NO:
              Plaintiff,            :    303CV665 (MRK)
                                    :
vs.                                 :
                                    :
                                    :
THE TOWN OF GREENWICH               :
              Defendant             :
-------------------------------------------------------------X    MARCH 31, 2006
```

### NOTICE TO PRO SE LITIGANT OPPOSING SUMMARY JUDGMENT

The Defendant Town of Greenwich hereby files and serves, as a separate document, a "Notice to Pro Se Litigant Opposing Motion for Summary Judgment." together with copies of the full set of Rule 56 of the Federal Rules of Civil Procedure and Local cIVILRule 56.

**Notice to Pro Se Litigant Opposing Motion For Summary Judgment
As Required by Local Rule of Civil Procedure 56(b)**

The purpose of this notice, which is required by the Court, is to notify you that the defendant has filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial. The defendant argues that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

THE DEFENDANT'S MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 56 OF THE LOCAL RULES OF CIVIL PROCEDURE AND IF THE DEFENDANT'S MOTION SHOWS THAT THE DEFENDANT IS ENTITLED TO JUDGMENT AS A MATTER OF LAW. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendant's version of the facts; (2) you have evidence contradicting the defendant's version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

To make this showing, you must file one or more affidavits disputing the defendant's version of the facts. An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief. To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths. In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims. Please be aware that the Local Rule requires counsel and pro se parties to cite to specific paragraphs when citing affidavits or responses to discovery requests and to cite to specific pages when citing to deposition or other transcripts or to documents longer than a single page in length. If you fail to comply and submit evidence contradicting the defendant's version of the facts, your claims may be dismissed if the defendant's motion shows that the defendant is entitled to judgment as a matter of law.

It is therefore very important that you read the defendant's motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with the defendant's version of the relevant facts. It is also very important that you review the enclosed copy of Rule 56 of the Local Rules of Civil Procedure carefully. This rule provides detailed instructions concerning the papers you must file in opposition to the defendant's motion, including how you must respond to specific facts the defendant claims are undisputed (see Rule 56(a)(2)) and how you must support your claims with specific references to evidence (see Rule 56(a)(3)). If you fail to follow these instructions, the defendant's motion may be granted if the defendant's motion shows that the defendant is entitled to judgment as a matter of law.

You must file your opposition papers with the Clerk of the Court and mail a copy to the defendant's counsel within 21 days of the filing of the defendant's motion with the Clerk of the Court. This 21-day period is extended an additional three days if any of the conditions of Rule 6(e) of the Federal Rules of Civil Procedure are met (for example, if you received the defendant's motion by mail or overnight delivery service).

THE DEFENDANT
TOWN OF GREENWICH


By: _____
Valerie Maze Keeney
Federal Bar No. CT 14080
Greenwich Town Attorney's Office
Town Hall, P.O. Box 2540
Greenwich, CT 06836-2540
Tele: (203) 622-7876
Fax: (203) 622-3816
vmaze@greenwichct.org

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

_____
Valerie Maze Keeney