UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------X
TERRENCE HENDERSON                  :    CIVIL ACTION NO:
            Plaintiff,              :    303CV665 (MRK)
                                    :
vs.                                 :
                                    :
                                    :
THE TOWN OF GREENWICH               :
            Defendant               :
-------------------------------------------------------------X   MARCH 31, 2006
```

**DEFENDANT'S LOCAL 56(A)(1) STATEMENT IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The defendant Town of Greenwich ("the Defendant") hereby sets forth the following statements of material fact as to which the defendant contends there is no genuine issue to be tried:

1. At the time of the arrest, the police officers involved in the stop, detention, investigation and arrest of the plaintiff did not have the status of policy makers for the Town of Greenwich nor for the Greenwich Police Department.
Affidavit of Deputy Chief Pat Chila, **Exhibit A, ¶** 8

2. Neither the Town of Greenwich nor the Greenwich Police Department had a policy, custom or practice of unjustly singling out persons based on ethnicity or a policy, custom or practice of suspecting persons because of race.
Affidavit of Deputy Chief Pat Chila, **Exhibit A, ¶** 10

3. Neither the Town of Greenwich nor the Greenwich Police Department had a policy, custom or practice of stopping persons based on ethnicity or race.

2

Affidavit of Deputy Chief Pat Chila, **Exhibit A,** ¶ 11

    4.  Prior to, and at the time of the stop and arrest of the plaintiff, the Greenwich Police Department's official and written policy with respect to motor vehicle stops in particular did not permit racial profiling.  Said written and official policy was in effect at the time of the arrest.

Affidavit of Deputy Chief Pat Chila, **Exhibit A,** ¶ 12**.**

                              THE DEFENDANT
                              TOWN OF GREENWICH

By: _____
     Valerie Maze Keeney, Its Attorney
     Fed. Bar No. CT14080
     Town of Greenwich Law Dept.
     Town Hall, P.O. Box 2540
     Greenwich, CT 06836-2540
     Tele:(203) 622-7876
     Fax:(203)622-3816
     vmaze@greenwichct.org

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed on the above-captioned date to all counsel and pro se parties of record:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

_____
Valerie Maze Keeney

3