# NOTICE OF MANUAL FILING

| | | |
|---|---|---|
| **TERRENCE HENDERSON** ) | Case No. **303CV665(MRK)** |
| Plaintiff ) | |
| v. ) | |
| ) | |
| **TOWN OF GREENWICH** ) | |
| Defendant ) | **Notice of Manual Filing** |

Please take notice that **The Town of Greenwich** has manually filed **Exhibit B (copy of Defendant's discovery disclosures) in connection with Defendant's Memorandum of Law in Support of Motion for Summary Judgment dated March 31, 2006.**

This document has not been filed electronically because:

[ X ]   the document cannot be converted to an electronic format

[   ]   the electronic file size of the document exceeds 1.5 mb

[   ]   The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. ' 3006A]

[NOTE: DISK CONTAINING PDF VERSION OF SEALED OR EX PARTE DOCUMENT IS REQUIRED UNLESS DOCUMENT CANNOT BE CONVERTED TO PDF FORMAT, DOCUMENT IS LARGER THAN 1.5MB OR PARTY HAS BEEN EXCUSED FROM SUBMITTING DOCUMENT IN PDF FORMAT.]

[   ]   Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

Rev. 8/29/05

Respectfully submitted,

**THE DEFENDANT
TOWN OF GREENWICH**


By:_____
    Valerie Maze Keeney
    Federal Bar No. CT 14080
    Greenwich Town Attorney's Office
    Town Hall, P.O. Box 2540
    Greenwich, CT  06836-2540
    Tel.  (203) 622-7877
    Fax. (203) 622-3816
    vmaze@greenwichct.org

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed on April 3, 2006 to all counsel and pro se parties of record:

Mr. Terrence Henderson, Pro Se
5360 Broadway #7C
Bronx, NY 10463

                                                          Valerie Maze Keeney