UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HENDERSON

VS.                                3:03CV665 MRK

GREENWICH

October 15, 2006

## STATUS REPORT

A.  Nature of the Case

1.(P), Henderson, on or about December 20, 2001 at approximately 6:20 p.m. on Greenwich Avenue, Greenwich, Connecticut was illegally stopped due to the ethnicity of his race in conformance with a custom policy or practice of the (D), Town of Greenwich, it's agents, servants or employees. (D), Town of Greenwich, it's agents, servants or employees, did not posses specific facts that a crime had been, was being or was about to be committed. The Town of Greenwich, it's agents, servants or employees, unnecessary and oppressive behavior subjected (P) Henderson, to (10) months of unlawful prosecution based on a egregious 911 complaint which resulted in the case being dismissed due to police misconduct.

B.  Discovery

1. COLLATERAL ESTOPPEL- A doctrine whereby issues litigated and determined in a prior proceeding are binding upon all subsequent litigation between the parties regarding that issue.

2.CONCISE RULE OF LAW: The constitutionality of an official act may not be relitigated in a 1983 action after having been litigated in federal court.

3.CONCISE RULE OF LAW: The defendant may not deny allegations in the complaint on the basis of lack of information and belief if the information is within the actual knowledge of the defendant. Because the denial was to matters which would be within the actual knowledge of the Town of Greenwich (D), the denial raises no issue and is, in effect, an admission of the truth of the allegations in the complaint.

4.No action has been taken by the parties or the Court for six (6) months.

RESPECTFULLY SUBMITTED,

*Terrence Henderson*
Terrence Henderson, Pro Se
5360 Broadway #7c
Bronx, NY 10463

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the above-captioned date:

to all counsel and pro se parties of record:

Valerie E. Maze, Esq.

Attorneys for Defendant
TOWN OF GREENWICH
Greenwich Town Attorney's Office
Town Hall, P.O. Box 2540
Greenwich, CT 06836-2540

*Terence Henderson*
Terence Henderson, Pro Se
5360 Broadway #7c
Bronx, NY 10463