UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HENDERSON

303CV665 (MRK)

VS.

GREENWICH

## MOTION FOR SANCTIONS
" LOCAL RULE11 "

A. Violation subdivision (b)

1. The defendant may not deny allegations in the complaint on the basis of lack of information and belief if the information is within the actual knowledge of the defendant. Because the denial of summary judgement was to matters which would be within the actual knowledge of the Town of Greenwich (D), the denial raises no issue and is, in effect, an admission of the truth of the allegations in the complaint.

2. The issues litigated in doctrine 3:02CR29SRU are final and binding upon all subsequent litigation between the parties regarding that issue.

B. Sanctions

1. I request one hundred thousand dollars in legal fees as a direct result of the violation of subdivision (B).

Terence Henderson, Pro Se

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on the above-captioned date

to all counsel and pro se parties of record:

Valerie E. Maze, Esq.
Attorneys for Defendant
TOWN OF GREENWICH
Town Hall, P.O. Box 2540
Greenwich, CT 06836-2540

_Terence Henderson_
Terence Henderson, Pro se
5360 Broadway #7c
Bronx, NY 10463