UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERRENCE HENDERSON, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. 3:03CV665(MRK) |
| | : | |
| THE TOWN OF GREENWICH, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

This action came on for consideration on cross Motions For Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motions and on December 21, 2006, a Ruling and Order entered granting defendant's Motion For Summary Judgment and denying plaintiff's Motion For Summary Judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of December 2006.

KEVIN F. ROWE, CLERK

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____