FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2006 DEC 29 A 11: 45

Terrence Henderson

v.

The Town of Greenwich

CIVIL CASE NO. 3:03CV665(MRK)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Terrence Henderson__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or ~~Order~~ (attach the Judgment or Order): Document #74 Judgement

2. The Judgment /~~Order~~ in this action was entered on __12/22/06__.
   (date)

__Terence Henderson__
Signature

__Terence Henderson__
Print Name

__5360 Broadway #7C__
__Bronx, N.Y. 10463__
Address

__347-275-3433__
Telephone Number

Date: __12/28/06__

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

74

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRENCE HENDERSON, | : |
| Plaintiff | : |
| v. | : Civil No. 3:03CV665(MRK) |
| THE TOWN OF GREENWICH, | : |
| Defendant. | : |

### JUDGMENT

This action came on for consideration on cross Motions For Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motions and on December 21, 2006, a Ruling and Order entered granting defendant's Motion For Summary Judgment and denying plaintiff's Motion For Summary Judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of December 2006.

KEVIN F. ROWE, CLERK

By *Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk

EOD: 12/29/06